No. 66243.—Illfelder Importing Co., Inc. *v.* United States, protest 61/264 (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of tin horns similar in all material respects to those the subject of Abstract 47002, the claim of the plaintiff was sustained.

No. 66244.—Fanning Chemical Corporation et al. *v.* United States, protests 60/12573, etc. (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that certain of the merchandise consists of drums, containing wool grease, with more than 2 percent of free fatty acids, similar in all material respects to the wool grease the subject of Abstract 60387, the claim of the plaintiffs was sustained.

NOVEMBER 28, 1961

No. 66245.—SUIT 5058.—United States v. Davies Turner & Company and Pacific Wine Company.——Abstract 64376 affirmed August 4, 1961. C.A.D. 784.

No. 66246.—SUIT 5063.—H. W. Robinson Air Freight Corp. *v.* United States.—
—C.D. 2207 reversed July 21, 1961. C.A.D. 782.